## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Carlos Farias,<br><br>Defendant. | CRIMINAL COMPLAINT<br><br>CASE NUMBER:   22-5053MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**See Attachment A, Incorporated by Reference Herein.**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

ADDISON SANTO Digitally signed by ADDISON SANTO
Date: 2022.02.08 20:44:18 -07'00'

Alexander Tisch
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

February 8, 2022 at 10:33 p.m.

Date

at   Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

On or between January 24, 2022 through February 8, 2022, in the District of Arizona, Defendant CARLOS FARIAS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT 2

On or about February 4, 2022, in the District of Arizona, Defendant CARLOS FARIAS did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Drop in Auto Sear," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 3

On or about February 8, 2022, in the District of Arizona, Defendant CARLOS FARIAS did knowingly possess ~~and transfer~~ a machinegun, that is, a part commonly known as a "AR15 Drop in Auto Sear," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 4

On or about February 8, 2022, in the District of Arizona, Defendant CARLOS FARIAS did knowingly possess ~~and transfer~~ a machinegun, that is, a part commonly known as a "Machine Gun Conversion Device," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Alexander Tisch, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been appointed as a Special Agent since January 2015. I have received training in the enforcement of the Federal firearms and explosive laws. I have investigated individuals for federal firearms violations, which included firearms trafficking.

2.     The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

## APPLICABLE FEDERAL FIREARMS LAWS

3.     Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience in firearms regulations and investigations, as well as the experience and training of other law enforcement officers with whom I have had discussions, I know the following:

4.     The definition of a "machinegun" in the National Firearms Act (NFA), 26 U.S.C. § 5845(b) and in the Gun Control Act (GCA), 18 U.S.C. § 921(a)(23), includes any part or parts that are designed and intended solely and exclusively for use in converting a weapon into a machinegun. This language includes any weapon which shoots, is designed to shoot, or can be readily restored to shoot, by a single pull of the trigger, and initiates an automatic firing cycle that continues until the finger is released or the ammunition supply is exhausted.

5.     The GCA states in 18 U.S.C. § 922(o) that machine guns manufactured on or after May 19, 1986, may only be transferred to or possessed by Federal, State, and local government agencies for official use.

## PROBABLE CAUSE

6.     On January 24, 2022, an ATF Confidential Informant ("CI") notified your affiant of a suspicious advertisement posted for sale/trade on the website www.armslist.com[1].

7.     The posting depicted an AR15 type rifle with a FightLite brand belt-fed upper receiver and an under-barrel launcher.  Also pictured with the firearm is an item similar in size, shape, and appearance of a 40 mm high explosive grenade.



8.     Your affiant knows, through training and experience, for a person to build, assemble, disassemble, and repair firearms and machineguns, tools and a workspace are

---

[1] Armslist.com is a website that acts as a marketplace for buyers and sellers of firearms.

required.  These tools are generally designed specific to firearms and include, but are not limited to, wrenches, barrel wrenches, clamps, vices, pliers, and screwdrivers.

9.     Your affiant instructed the CI to inquire about the firearm.  The Seller, using the number 928-275-4453, began communicating with the CI via text messages.  Without being prompted, Seller told the CI he has used a "m16 fullauto lower" in conjunction with the belt-fed upper receiver as well as "a drop in auto sear".  Seller said the firearm functioned with "zero issues".

10.    The CI asked the Seller, "And do you have the sear? And would you be will to include it? For the right price."  The Seller responded, "The sear is something we can talk about in person if you'd like."  The Seller set the price at $18,500.00.

11.    Your affiant knows through training and experience, the $18,500.00 sale price is approximately triple the value of the advertised rifle in semi-automatic set up.  However, if the rifle functions as a machinegun, as the Seller claimed, the $18,500.00 sale price is closer to actual value.

12.    Your affiant knows "drop in auto sears" are specifically used to convert semi-automatic firearms to fully automatic firearms, also known as machine guns, as defined in the National Firearms Act (NFA)[2].

13.    Your affiant instructed the CI to inquire about purchasing the "drop in auto sear."  Seller replied, "The sear is something we can talk about in person if you'd like."  The CI asked Seller to share any videos of the firearm shooting.

---

[2] According to the Gun Control Act of 1968 (GCA), 18 U.S.C § 921(a)(23) defines the term "machinegun" as the following: "has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C 5845(b))." The National Firearms Act (NFA), 26 U.S.C § 5845(a), defines the term "firearm" to include "… (6) a machinegun:…" Also, the NFA 5845(b) defines "machinegun" as the following: "…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in possession or under the control of a person." Consistent with the federal laws described above, the Glock automatic switches and the drop in auto sears described in this affidavit are machine guns.

14.    Seller emailed the CI two short videos from barbosacharlie@yahoo.com.

a.    The first video depicts a person holding a belt fed firearm similar to the one pictured in the ad. The video only captures the hands of the person firing the firearm. Using a standard AR15 type magazine, the person compresses the trigger in one single action and a volley of shots are fired. The person compresses the trigger one more time and you hear an additional volley of shots fired with a single compression.

b.    The second video depicts the same activity. However, the rifle is black in color. The firearm appears to be the same make and model or possibly the same firearm pictured in the ad prior to being painted. Similar to the other video, each time the person depresses the trigger, multiple rounds are fired.

c.    Through training and experience, your affiant recognized the function of both firearms to be consistent with the function of a machinegun.

<u>Identification of Carlos FARIAS as Seller</u>

15.    Your affiant identified 928-275-4453 as a voice over internet phone with no attached subscriber information through Bandwidth LLC. Bandwidth LLC identified Pinger as the company servicing this number.

16.    Through training and experience in other investigations, your affiant is familiar with a cellular phone application named "Text Free." Text Free was created by the company Pinger. This application allows users to create a second cellular phone number to send SMS messages, texts and make phone calls. There is no username associated to the newly created phone number.

17.    Your affiant contacted FightLite, the company who manufactures the upper receiver of the firearm being sold. Your affiant provided the picture of the firearm from www.armslist.com to the company and asked if any had been recently sold in the Phoenix area.

18.    FightLite confirmed there was a sale of the exact same model upper receiver to an individual using the email address barbosacharlie@yahoo.com under order number 100002951. FightLite identified the purchaser as "charlie farias" with a telephone number

480-287-4981. The upper receiver was shipped to 17107 N. 28th Steet, Phoenix, AZ 85032 ("Phoenix Address") in September 2021. FARIAS used a credit card and paid $5,859.99 for the part.

19. Your affiant found the phone number 480-287-4981 to be registered to Carlos N. FARIAS.

20. A check of the Arizona Motor Vehicle Department database confirmed a Carlos N. FARIAS to live at the Phoenix Address.

21. Arizona Motor Vehicle Department showed a vehicle registered to Carlos FARIAS at the Phoenix Address.

22. During the conversations between CI and the Seller, the Seller stated, "I can only meet you in north Phx area, I live in anthem new river area, but I'm, always down in the bell road or Scottsdale area".

23. The Phoenix Address is just north of Bell Road between 32nd street and Cave Creek.

### Prior Trafficking Investigation

24. FARIAS has been contacted by ATF during two prior dealing firearms/straw purchasing investigation.

25. In 2018, Carlos FARIAS purchased a firearm that was recovered by Phoenix police in the possession of a juvenile who also possessed fentanyl pills and an unregistered NFA firearm (short-barreled rifle). FARIAS was suspected of straw purchasing firearms and dealing firearms without a Federal Firearms license.

26. On July 9, 2018, Special Agents contacted FARIAS at the Phoenix Address. FARIAS voluntarily surrendered his firearms to ATF and was served a warning letter about dealing firearms without a license.

27. In January 2019, Special Agents contacted FARIAS and another person after the other person bought a belt fed rifle at Tombstone Tactical in Phoenix. FARIAS was the driver of the vehicle. FARIAS was giving his friend a ride to and from the gun store. Special Agents seized the firearm.

28. Your affiant has conducted a query in the National Firearms Registration and Transfer Record (NFRTR) for any firearms registered by FARIAS. Your affiant learned FARIAS has no firearms registered to him.

29. Your affiant has conducted a query of all Federal Firearms Licensees regarding this case. FARIAS does not possess any type of Federal Firearms License. Additionally, no Federal Firearms Licensees use the Phoenix Address.

CI Transaction for Belt Fed Firearm

30. During initial exchanges, CI made arrangements to purchase the belt-fed machinegun from FARIAS during the week of February 1, 2022, for the sale price of $18,500.00. FARIAS selected a parking lot .8 miles from the Phoenix Address to conduct the sale.

31. Initially, CI was scheduled to meet FARIAS on Tuesday, February 1, 2022. However, CI told FARIAS that he has several rifles, and wants assurance the firearm he is purchasing includes the auto sear. FARIAS agreed.

32. On February 1, 2022, CI told FARIAS he had $17,500.00 and asked if he would take that. FARIAS wanted to keep the price at $18,500.00. CI told FARIAS he will throw in a Drako to make up the difference. FARIAS agreed to those terms.

33. FARIAS and CI agreed to meet on Friday, February 4, 2022, to do the transaction at the location picked previously by FARIAS.

34. On February 4, 2022, around 10:45 a.m., FARIAS exited the residence at the Phoenix Address and entered a blue SUV parked in the front of the residence.

35. FARIAS drove to the deal location and met with CI. FARIAS told the CI he has auto sears that are 3D printed. FARIAS agreed to sell the FightLite belt fed AR 15 with a drop in auto sear to the CI for $18,500.00. CI agreed to the purchase and stated he now had the full $18,500.00.

36. When FARIAS provided the auto sear to the CI, it had manufacturing marks consistent with 3D printing. FARIAS told the CI he shot this firearm "full auto" frequently.

37.    Then, FARIAS took the auto sear, opened the AR15 internal parts, and showed the CI how to insert the auto sear. FARIAS then took out the auto sear and handed it to the CI along with the rifle.

38.    FARIAS made numerous claims about being in possession of other machine gun conversion devices, such as "Glock Auto Sears" and other drop in auto sears.

39.    After providing the FightLite AR15 and drop in auto sear to CI, FARIAS was given the money and departed.

40.    Your affiant took custody of the Fight Lite AR15 from the CI. Your affiant functioned tested the rifle without using ammunition. The firearm functioned as a machine gun.

UC Trade for "Fun AR"

41.    Also on January 31, 2022, an ATF Undercover Special Agent ("UC") contacted FARIAS at the number listed in the Armslist.com advertisement, (928)275-4453.

42.    The UC offered a .50 caliber Barrett bolt action rifle as a trade for the firearm in the advertisement. FARIAS said he had a friend that was interested in the trade, and he would pass the UC's telephone number to them.

43.    Later during the same day, FARIAS began texting the UC using 480-287-4981, the same number associated with the FightLite purchase. FARIAS offered two other firearms to trade for the Barrett rifle, a diamond encrusted Colt pistol and a gold AK type rifle. FARIAS texted short videos to the UC depicting the firearms. The UC declined the offer.

44.    FARIAS asked the UC if they had any AR15 type firearms. The UC replied they did. FARIAS then asked if the UC had any "fun ARs". The UC stated they wanted one. FARIAS texted a short video of an unknown person, with their back to the camera firing a fully automatic AR15 type rifle. Due to the poor quality of the video, your affiant was not able to determine if the firearm was the same as the firearm listed in the advertisement.

45. Your affiant knows through training and experience that a term like "fun ARs" given in the context set by FARIAS, often means fully automatic AR15 type firearms.

46. After further discussion, FARIAS agreed to trade an AR15 type machine gun for UC's Barrett .50 and $3,000.00 on Tuesday, February 8, 2022.

47. On Tuesday, February 8, 2022, FARIAS exited the Phoenix Address and entered the blue SUV.

48. FARIAS met the UC at the same location from the previous buy. During the transaction, FARIAS took the AR15 type firearm out of his vehicle and handed it to the UC. The UC attempted to test the firearm to confirm whether it fired as a machine gun. The UC was not able to determine whether it did or did not. The UC put the AR15 type firearm in his vehicle.

49. FARIAS gave the UC $3000.00 cash, $2200.00 of the cash matched the serial numbers of the cash provided to FARIAS during the February 4, 2022 deal.

50. At this point, the cover team moved in and contacted FARIAS.

Interview of FARIAS

51. FARIAS was read his *Miranda* Rights and agreed to waive his rights and speak with law enforcement.

52. FARIAS remembered speaking with ATF previously in 2018 and 2019 and being told he needed to stop selling firearms.

53. Agents asked whether or not he had sold any firearms lately. FARIAS did not respond. Then Agents asked whether he remembered selling a firearm a couple days prior at this same location. FARIAS remembered and admitted to selling the drop in auto sear and firearm.

54. FARIAS told the Agent he has about 8 firearms at his house and additional Glock and AR auto sears.

55. Agents asked FARIAS what he does for employment. FARIAS told them previously he was going through training to be a guard at the Arizona Department of Corrections, but he stopped going after graduating training. He stated that he also sells

vehicles. When asked about how much he makes selling vehicles, FARIAS stated $2,000.00 to $3,000.00 dollars. He stated he has sold about three (3) vehicles since Halloween. FARIAS said he also has done catering and made approximately $900.00 in December.

56.    FARIAS admitted to making approximately $11,000.00 profit on the February 4, 2022 deal.

57.    During the search prior to booking FARIAS in custody, law enforcement found a "AR15 Drop in Auto Sear" in his pocket (Count 3).

### Residential Search Warrant at Phoenix Address

58.    On February 8, 2022, ATF Special Agents and the Phoenix Police Department executed a Federal Search Warrant authorized by U.S. Magistrate Judge Eileen Willett at the Phoenix Address.

59.    During the interview of FARIAS, he told law enforcement he lived in the back of the residence at the Phoenix Address. Upon arrival, law enforcement made contact with his spouse and child.

60.    During the search of his area of the house, they found sixteen (16) machine gun conversion devices (Count 4), approximately twenty-six (26) firearms, including a short barrel rifle, and approximately $15,000.00 in cash, including bills with matching serial numbers from the February 4, 2022 deal.

61.    An initial cursory review of text messages on FARIAS phone are consistent with firearms sales.

### REQUEST FOR AUTHORIZATION

62.    For these reasons, your affiant submits that there is probable cause to believe CARLOS FARIAS committed a violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D), Dealing Firearms without a License (Count 1), and three violations of 18 U.S.C. § 922(o) and 924(a)(2), Transfer or possession of machineguns (Counts 2-4).

63.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

ALEXANDER TISCH
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed electronically this____8th____ day of February, 2022. at 10:33 p.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge